IN THE UNITED STATE DISTRICT COURT
DISTRICT OF MINNESOTA

SENTENCING

| UNITED STATES OF AMERICA, | ) | COURT MINUTES-CRIMINAL |
|---|---|---|
| Plaintiff, | ) | Case No:    CR22-176 (JRT/ECW) |
| | ) | Date:    March 23, 2023 |
| v. | ) | Court Reporter: Kristine Mousseau |
| | ) | Courthouse:    Minneapolis |
| BENJAMIN DEANDRE ADAMS, | ) | Courtroom:    14E |
| | ) | Time Commenced: 2:19 p.m. |
| Defendant. | ) | Time Concluded:   3:00 p.m. |
| | ) | Time in Court:    41 Minutes |

Before John R. Tunheim, Chief United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

    For Plaintiff:    Chelsea Walcker, Assistant U.S. Attorney
    For Defendant:   Jean Brandl X FPD ☐ CJA ☐ Retained ☐ Appointed

**X Sentencing.**

IT IS HEREBY ORDERED that:

Defendant is sentenced to: BOP 44 months
Supervised Release Term: 3 years

**X** Special conditions of :
    **See J&C for special conditions**
**X** Defendant sentenced to pay:
    **X** Special assessment in the amount of $100.00 to be paid.

X Defendant remanded to the custody of the U.S. Marshal.

Sealed Matters: Sentencing Documents (ECF Nos. 54, 56, 57, 61) shall remain sealed until 3/23/2030.

                                                  s/Heather Arent
                                                  Courtroom Deputy